UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DARRIS COLE,<br><br>　　　　　　　　　　　Plaintiff,<br>v.<br><br>SOUTHERN NEVADA HEALTH DISTRICT,<br><br>　　　　　　　　　　　Defendant. | Case No. 2:15-cv-01049-RFB-NJK<br><br>ORDER |

Based on the scheduling needs of the court,

**IT IS ORDERED** that:

1. The ENE Conference currently scheduled for October 29, 2015 at 9:30 a.m. before The Honorable Robert A. McQuaid, is **VACATED** and **CONTINUED** to **November 12, 2015, at 9:30 a.m.,** in the chambers of United States Magistrate Judge Leen, Room #3071, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

2. The deadline for chambers to receive the confidential settlement conference statements, currently due October 19, 2015, is **VACATED** and **CONTINUED** to be received in chambers, Room 3071, not later than **4:00 p.m., November 2, 2015.**

3. All other instructions within the original Order Scheduling Early Neutral Evaluation Session (Dkt. #11) shall remain in effect.

DATED this 20th day of August, 2015.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1