ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 009127
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
  Attorneys for Defendant
  Southern Nevada Health District

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| DARRIS COLE,<br><br>      Plaintiff,<br><br>vs.<br><br>SOUTHERN NEVADA HEALTH DISTRICT,<br><br>      Defendant. | CASE NO. 2:15-cv-1049-RFB-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and their respective counsel of record, and upon the representation having been made that all claims have been settled.

…

…

…

…

…

…

…

…

4841-9872-3371.1

IT IS FURTHER STIPULATED AND AGREED that the above-entitled action may be dismissed with prejudice, each party to bear its own costs and attorney fees.

DATED this 11th day of December, 2015.   DATED this 11th day of December, 2015.

LEWIS BRISBOIS BISGAARD & SMITH LLP    KANG & ASSOCIATES, PLLC.

By: */s/ Danielle C. Miller*    By: */s/ Erica D. Loyd*
Robert W. Freeman, Jr., Esq.    Patrick W. Kang, Esq.
Nevada Bar No. 003062    Nevada Bar No. 010831
Danielle C. Miller, Esq.    Erica D. Loyd, Esq.
Nevada Bar No. 009127    Nevada Bar No. 010922
6385 S. Rainbow Blvd., Ste. 600    6480 West Spring Mountain Road, Suite 1
Las Vegas, Nevada 89118    Las Vegas, Nevada 89103
*Attorneys for Defendant*    *Attorneys for Plaintiff*
*Southern Nevada Health District*    *Darris Cole*

### ORDER

IT IS SO ORDERED.

Dated this 15th day of December, 2015.

_____
RICHARD F. BOULWARE, II
United States District Judge

4841-9872-3371.1    2